AO 440 (Rev. 8/01) Summons in a Civil Action

*Original Signed*

# UNITED STATES DISTRICT COURT

District of Massachusetts

Paul Cecchini James Hitt
v. Hitt Trucking Co.

**SUMMONS IN A CIVIL ACTION**

FILED
CLERKS OFFICE
2005 MAR 28 P 3:10
US DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 04-12376-RGS

TO: (Name and address of Defendant)

James Hitt President
Hitt Trucking Co Inc
3292 M-40 Hamilton, MI 49419

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul L. Cecchini
6 Steven Dr.
Woburn, Ma. 01801

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 2/18/05