UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12376-RGS

| | |
|---|---|
| PAUL L. CECCHINI, | ) |
| Plaintiff | ) |
| vs. | ) |
| JAMES HUTT and, HUTT TRUCKING, INC., | ) |
| Defendants | ) |

### DEFENDANTS, JAMES HUTT AND HUTT TRUCKING, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 4(M)

The defendants, James Hutt and Hutt Trucking, Inc., (hereinafter the "defendants"), hereby move this honorable Court dismiss the plaintiff's complaint pursuant to Federal Rules of Civil Procedure Rule 4(m). As reasons therefore, the defendants state the plaintiff has not complied with Federal Rules of Civil Procedure Rule 4(m) and effected service of the summons and complaint upon the defendants within 120 days of filing the complaint.

In further support, the defendants refer the court to the attached memorandum of law.

Francis J. Lynch, III, BBO 308 740
Holly K. Lemieux, BBO 564 560
Attorneys for Defendants
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500