United States District Court
District of Massachusetts

Civil Action 04-12376-RGS

Paul L. Cocchini
Plaintiff

vs

James Hutt and
Hutt Trucking, Inc.

Plaintiff's response to the Answer of the Defendants James Hutt and Hutt Trucking, Inc. dated June 7, 2005

Response to numbers 1, 2, 3, 4, and 5 on page 2 of the defendants filing dated June 7, 2005

1. The original complaint as served to Hutt Trucking Co, Inc and Mr James Hutt, clearly states that this action (lawsuit) is filed under the Civil Rights Act and the American with Disabilities Act.

2. The defendants owe me monetary damages for violation of my Civil Rights in dismissing me from employment wrongfully. An amount of damages has not been specified as the amount of monetary damages for lost wages goes on to the point of the court making a decision via trial or whatever means is

chosen (arbitration, mediation, etc). If it is necessary to name an amount I would and am asking for $500,000 Monetary damages and an apology from Hitt Trucking Co, and Mr Tames Hitt.

3

3 The actions by me the plaintiff are timely and in accordance with the statutes dealing with the limitations of actions

4 I the plaintiff have met the statutory requirements necessary to maintain this action

5 The service of process was timely and has been properly served on the defendants (see attachments)

I maintain my demand for a trial by Jury on the issues stated on my original complaint

Paul L. Cerchine
Paul L. Cerchine
Plaintiff
6 Stevin Dr.
Woburn, Ma 01801
617-957-6300

## AFFIDAVIT OF NON-SERVICE

CASE #: 04-12376 RGS

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A) (2)], and that:

After diligent search and inquiry, I have been unable to find and serve the following persons:

**JAMES HUTT, PRESIDENT, HUTT TRUCKING CO., INC.**

I have made the following efforts in attempting to serve the defendant(s):

The address supplied to me (3292 M-40, Hamilton MI 49419) is invalid. There is a notice posted on the door of this business which advises that as of January 3, 2005, the new office address is: **1362 LINCOLN AVE, HOLLAND MI 49423.** The Hamilton address is only the location where trucks are serviced.
The Holland address is out of our service area.

I have personally attempted to serve the summons on **James Hutt, President, Hutt Trucking, Co. Inc.** at **3292 M-40, Hamilton MI 49419** and have been unable to complete service because the address was incorrect at the time of filing.

Signature _____
Sherry Goodwin, Court Officer
57th District Court

Subscribed and sworn to before me on MAR 0 2 2005, Allegan County, Michigan.

Signature _____
Kirby J. Goodwin, Attorney-Magistrate
57th District Court

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CECCHINI, PAUL L., Plaintiff<br>-V-<br>HUTT TRUCKING CO INC, Defendant | Case No:    04-12376-RGS<br><br>Invoice no:   51678 |

## AFFIDAVIT OF SERVICE

I hereby certify that on March 18th, 2005 at 11:38:00,
I served true copies of the herein described documents.

On: JAMES HUTT
HUTT TRUCKING CO INC.
1362 LINCOLN AVENUE
Holland, MI 49423

By then and there delivering copies of:

SUMMONS IN A CIVIL ACTION

and charged the following:

Out of State Paper

Total: _____

I further affirm that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Dated :    March 18, 2005

_____
FRANCES R. FRANKLIN, PROCESS SERVER
BOBELDYK & ASSOCIATES INC.
COURT OFFICER
P.O. BOX 203
GRAND HAVEN, MI 49417-0203

Subscribed and sworn to before me this 18th day of March, 2005

_____
Notary Public
Ottawa County, MI
My Commission Expires: