UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12376-RGS

| | |
|---|---|
| PAUL L. CECCHINI, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>JAMES HUTT and, )<br>HUTT TRUCKING, INC., )<br>)<br>Defendants ) | ANSWER OF THE DEFENDANTS,<br>JAMES HUTT AND HUTT TRUCKING, INC.<br>AND JURY CLAIM |

The defendants, James Hutt and Hutt Trucking, Inc., in the above-entitled action and in answer to the plaintiff's complaint generally and says:

1. The defendants deny the allegations contained in paragraph one.

2. The defendants deny the allegations contained in paragraph two.

WHEREFORE, the defendants, James Hutt and Hutt Trucking, Inc., demand the plaintiff's complaint be dismissed with costs and with prejudice.

And further answering in the affirmative, the defendants, James Hutt and Hutt Trucking, Inc., say:

1. The plaintiff's complaint fails to state a cause of action for which relief may be granted.

2. If, in fact, the defendants owed the plaintiff anything, which the defendants deny, the same has been satisfied in full.

3. The plaintiff's action is not timely and is barred by those statutes dealing with the limitation of actions.

4. The plaintiff has failed to meet those statutory requirements prerequisite to maintain this action.

5. The service of process has not been properly effected on the defendants.

THE DEFENDANTS DEMAND A TRIAL BY JURY AS TO ALL TRIABLE ISSUES, SHOULD THE MATTER NOT BE DISMISSED BASED UPON IMPROPER SERVICE.

/s/ Holly K. Lemieux
_____
Francis J. Lynch, III, BBO 308 740
Holly K. Lemieux, BBO 564 560
Attorneys for Defendants
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

## AFFIDAVIT OF SERVICE

I, Francis J. Lynch, III/Holly K. Lemieux, do hereby certify that on this 30th day of September, 2005, I gave notice of the foregoing Answer of the Defendants, James Hutt and Hutt Trucking, Inc., and Jury Claim, by mailing a copy thereof first class mail and Certified Mail No.: 7004 2890 0004 2094 2458 to: Paul L. Cecchini, 6 Steven Drive, Woburn, MA 01801.

/s/ Holly K Lemieux
_____
Francis J. Lynch, III/Holly K. Lemieux