UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12376-RGS

| | |
|---|---|
| PAUL L. CECCHINI, | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES HUTT and, | ) |
| HUTT TRUCKING, INC., | ) |
| | ) |
|   Defendants | ) |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the defendant, James Hutt and Hutt Trucking, Inc.

                        JAMES HUTT and
                        HUTT TRUCKING, INC.
                        By their attorney,

                        /S/ Holly K. Lemieux

                        _____
                        Francis J. Lynch, III, BBO 308 740
                        Holly K. Lemieux, BBO 564 560
                        Attorneys for Defendants
                        LYNCH & LYNCH
                        45 Bristol Drive
                        South Easton, MA 02375
                        (508) 230-2500

2

## AFFIDAVIT OF SERVICE

I, Francis J. Lynch, III/Holly K. Lemieux, do hereby certify that on this 5th day of September, 2005, I gave notice of the foregoing Notice of Appearance, by mailing a copy thereof first class mail and Certified Mail No.: 7004 2890 0004 2094 2458 to: Paul L. Cecchini, 6 Steven Drive, Woburn, MA 01801.

/S/ Holly K. Lemieux
_____
Francis J. Lynch, III/Holly K. Lemieux