IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CECCHINI, PAUL L., Plaintiff

-V-

HUTT, JAMES, Defendant

Case No: 04-12376RGS

Invoice no: 55833

## AFFIDAVIT OF SERVICE

I hereby certify that on September 21st, 2005 at 16:39:00,
I served true copies of the herein described documents.

On: JAMES HUTT
HUTT TRICKING
1362 LINCOLN AVENUE
Holland, MI  49423

04 12376

By then and there delivering copies of:
OUT OF STATE PAPER
ATTACHMENTS
ORDER ON DEFENDANT'S MOTION TO DISMISS, ORDER

and charged the following:

| | | | |
|---|---|---|---|
| SUMMONS | 1ea | $18.00 | $18.00 |
| MILEAGE | 44mi | $0.60 | $26.40 |

Total: $44.40

I further affirm that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Dated: September 23, 2005

FRANCES FRANKLIN PROCESS SERVER
BOBELDYK & ASSOCIATES INC.
COURT OFFICER
P.O. BOX 203
GRAND HAVEN, MI  49417-0203

Subscribed and sworn to before me this 23st day of September, 2005

Notary Public
Ottawa County, MI
My Commission Expires:

ROBIN M. N...HU...
Notary Public, State of M... ...
County of O...awa
My Commission Expires M... ...
Acting in ... ...y of _____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CECCHINI, PAUL L., Plaintiff | Case No: | 04-12376RGS |
| -V- | | |
| HUTT TRUCKING, Defendant | Invoice no: | 55834 |

## AFFIDAVIT OF SERVICE

I hereby certify that on September 21st, 2005 at 16:39:00,
I served true copies of the herein described documents.

*04 12376* (handwritten)

On: JAMES HUTT, OWNER ACCEPTED FOR
HUTT TRUCKING
1362 LINCOLN AVENUE
Holland, MI 49423

By then and there delivering copies of:
OUT OF STATE PAPER
ATTACHMENTS
ORDER ON DEFENDANT'S MOTION TO DISMISS, ORDER

and charged the following:

| | | | |
|---|---|---|---|
| SUMMONS | 1ea | $18.00 | $18.00 |
| MILEAGE | 0mi | $0.60 | $0.00 |
| | | Total: | $18.00 |

I further affirm that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Dated: September 23, 2005

FRANCES FRANKLIN PROCESS SERVER
BOBELDYK & ASSOCIATES INC.
COURT OFFICER
P.O. BOX 203
GRAND HAVEN, MI 49417-0203

Subscribed and sworn to before me this 23st day of September, 2005

Notary Public
Ottawa County, MI
My Commission Expires:

ROBIN M. NIENHUIS
Notary Public, State of Michigan
County of Ottawa
My Commission Expires Mar.
Acting in the County of _____