UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12376-RGS

| | |
|---|---|
| PAUL L. CECCHINI, | ) |
| | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES HUTT and, | ) |
| HUTT TRUCKING, INC., | ) |
| | ) |
|   Defendants | ) |

DEFENDANTS' PROPOSED STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant and subject to the provisions of Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the defendants, James Hutt and Hutt trucking, Inc., have served the proposed agenda of matters to be discussed at the scheduling conference and a proposed pretrial schedule for the case to the plaintiff, Paul Cecchini, Pro Se.  The defendants hereby submit the following proposed statement:

**1.     Proposed Agenda**

The defendants suggest that an appropriate agenda for the scheduling conference would include setting a pretrial discovery schedule and discussing potential ADR options.

**2.     Pending Motions**

There are no pending motions.

**3.     Proposed Pretrial Schedule**

a.   The defendants request leave of Court to file a summary judgment motion no later than February 1, 2006.  Opposition to be filed by February 22, 2006;

b.   Initial Disclosures: shall be completed no later than February 24, 2006;

c.   Motions to Amend Pleadings: any motions shall be filed on or before March 15, 2006. Oppositions to be filed by April 14, 2006;

d.   Fact Discovery: All fact discovery shall be completed on or before October 16, 2006;

e.   Expert Discovery: if any, it shall be completed following fact discovery as follows: plaintiff to disclose by November 20, 2006. Defendants to disclose by January 8, 2007;

f.   Summary Judgment Motions: Should the Court deny the defendants' request to file a summary judgment motion by February 1, 2006, any and all motions shall be filed on or before February 1, 2007. Any opposition shall be due on or before March 1, 2007. Any reply to the opposition shall be due on or before March 22, 2007.

**4.   Trial by Magistrate Judge**

The defendants do not consent to a trial by Magistrate Judge.

**5.   Rule 16.1 (c) Settlement Proposals**

The plaintiff has not submitted a settlement proposal.

**6.   Rule 16.1 Certifications**

To be filed separately.

JAMES HUTT and
HUTT TRUCKING, INC.
By their attorney,

/S/ Holly K. Lemieux

_____
Francis J. Lynch, III, BBO 308 740
Holly K. Lemieux, BBO 564 560
Attorneys for Defendants
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500