UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL L. CECCHINI

    V.                                        CIVI L ACTION NO. 04-12376-RGS

JAMES HUTT and HUTT TRUCKING, INC.

## **JUDGMENT BY DEFAULT**

**STEARNS, DJ.**                                                            **DECEMBER 19, 2005**

THE PLAINTIFF, PAUL L. CECCHINI, HAVING FAILED TO APPEAR BEFORE THIS COURT ON THIS DATE FOR A SCHEDULING CONFERENCE AFTER BEING DULY NOTICED BY THE COURT,

IT IS HEREBY ORDERED: JUDGMENT BY DEFAULT IS HEREBY ENTERED IN FAVOR OF THE DEFENDANTS, JAMES HUTT and HUTT TRUCKING, INC.

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

          **BY:**

                    **/s/ Mary H. Johnson**
                      **Deputy Clerk**